# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| James Buchl and Doren Chatinover, | ) |
| Plaintiffs, | ) **ORDER** |
| vs. | ) |
| Gascoyne Materials Handling & Recycling, L.L.C., | ) Case No. 1:17-cv-048 |
| Defendant. | ) |

The court held a status conference with the parties by telephone on April 20, 2018. Pursuant to its discussions with the parties, the court **ORDERS**:

1. The jury trial set for May 6, 2019, shall be rescheduled for November 12, 2019, at 9:00 a.m. in Bismarck before Chief Judge Hovland (courtroom #1). A nine (9) day trial is anticipated.

2. The final pretrial conference set for April 23, 2019, shall be rescheduled for October 29, 2019, at 2:00 p.m. by telephone before the magistrate judge. The court shall initiate the conference call.

3. The parties shall have until May 1, 2019, to file dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 20th day of April, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court