# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| James Buchl and Doren Chatinover, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RE DISCOVERY** |
| | ) | **DISPUTES** |
| vs. | ) | |
| | ) | |
| Gascoyne Materials Handling & Recycling, LLC, | ) | Case No. 1:17-cv-048 |
| | ) | |
| Defendant. | ) | |

On January 4, 2019, the court held its fourth telephonic status conference regarding a discovery dispute in the above captioned matter. Currently pending before the court are defendant's "Motion to Compel Production and Answers to Interrogatories from Plaintiffs" (Doc. No. 49) and plaintiffs' "Motion to Compel Production of Documents" (Doc. No. 52).

Because of the many discovery disputes that reasonable counsel should have been able to resolve amongst themselves, the court orders that all future discovery disputes be made upon motion. The court no longer requires a call to the magistrate judge prior to filing of the motion. The court will rule on the motions when it has time.

Further, the court has taken a brief look at the pending motions to compel and has concerns that some of the requests are overbroad, but, on the other hand, that a number of the objections interposed are without a good faith basis. The court will give the parties ten (10) days to clean up these requests by withdrawing those that may be overbroad and withdrawing blanket objections for those which there may not be a good faith basis. The parties are hereby cautioned that the court may impose sanctions for any discovery requests made or any objections interposed for which the court believes there is not a good faith basis.

**IT IS SO ORDERED.**

Dated this 4th day of January, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge
