# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | | |
|---|---|---|
| James Buchl and Doren Chatinover, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Gascoyne Materials Handling &, Recycling, L.L.C., | ) | Case No. 1:17-cv-048 |
| Defendant. | ) | |

On January 15, 2019, plaintiffs filed a "Motion to Continue Deadlines." (Doc. No. 77). The court orders that a telephonic status conference with the parties be scheduled on Tuesday, January 22, 2019, at 10:00 AM. Chambers will initiate the call. In the interim, the court **SUSPENDS** all fact discovery and expert disclosure deadlines.

**IT IS SO ORDERED.**

Dated this 16th day of January, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court