# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| James Buchl and Doren Chatinover, | ) | |
| --- | --- | --- |
| | ) | **ORDER SUSPENDING SCHEDULING** |
| Plaintiffs, | ) | **DEADLINES** |
| | ) | |
| vs. | ) | |
| | ) | |
| Gascoyne Materials Handling & | ) | |
| Recycling, L.L.C., | ) | Case No. 1:17-cv-048 |
| | ) | |
| Defendant. | ) | |

The court conducted a status conference on January 22, 2019, at the request of the parties to discuss discovery deadlines. Pursuant to the discussion with the parties, the court **ORDERS** as follows:

1. The pretrial deadlines contained in the court's Scheduling Order dated August 23, 2017, and in the court's Adoption of the Joint Stipulation to Amend the Scheduling Order dated May, 2, 2018, are hereby suspended. However, the parties may continue to engage in discovery.

2. After the court rules on the outstanding motions to compel, the parties shall contact the court to set up a scheduling/status conference. The conference shall be conducted by telephone conference call to be initiated by the court.

**IT IS SO ORDERED.**

Dated this 22nd day of January, 2019.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court