# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| James Buchl and Doren Chatinover, | Case No. 17-CV-00048-DLH-CSM |
| Plaintiffs, | |
| v. | **SECOND AMENDED SCHEDULING ORDER** |
| Gascoyne Materials Handling & Recycling, L.L.C., | |
| Defendant. | |

Based on the parties' Stipulation to Second Amended Scheduling Order, **IT IS HEREBY ORDERED THAT:**

1. The parties shall have until **February 3, 2020** to complete fact discovery and file fact discovery motions.

2. The parties shall provide the name of expert witnesses and complete reports under Rule 26(a)(2) as follows:

   a. Initial experts: The identity of any expert who may testify at trial regarding issues on which the party has the burden of persuasion must be disclosed on or before **February 17, 2020**. The initial expert written report completed in accordance with Fed. R. Civ. P. 26(a)(2)(B) must be served on or before **March 2, 2020**.

   b. Rebuttal experts: The identity of any experts who may testify in rebuttal to any initial expert or regarding an issue on which the party

3147825.v1

does not have the burden of persuasion must be disclosed on or before **March 16, 2020**. Any rebuttal expert's written report completed in accordance with Fed. R. Civ. P. 26(a)(2)(B) must be served on or before **April 1, 2020**.

3. The parties shall have until **May 1, 2020**, to complete discovery depositions of expert witnesses and file expert discovery motions.

4. All other deadlines and requirements provided in the Scheduling Order (ECF No. 23), as first amended (ECF No. 43), shall remain in effect.

**IT IS SO ORDERED.**

Dated: July 15, 2019

**BY THE COURT:**

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr. Magistrate Judge
United States District Court