# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| James Buchl and Doren Chatinover, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Gascoyne Materials Handling & Recycling, L.L.C | ) | Case No. 1:17-cv-048 |
| | ) | |
| Defendant and Counterclaim Plaintiff, | ) ) | |

On February 19, 2020, the court held a status conference with the parties to discuss, among other things, plaintiffs' pending Motion to Rule Amend Rule 16 Order and Motion for Change in Designation of Documents and/or Appointment a Special Master. Pursuant to the parties' discussion at the close of the status conference and because of another order being entered contemporaneously herewith, the pretrial deadlines shall be amended as follows:

1. The parties shall provide the name of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Initial experts: The identity and reports of any expert who may testify at trial regarding issues on which the party has the burden of persuasion must be disclosed on or before July 1, 2020.

    b. Rebuttal experts: The identity and reports of any experts who may testify in rebuttal to any initial expert must be disclosed on or before August 15, 2020.

(2) The parties shall have until October 15, 2020, to complete discovery depositions of expert witnesses.

1

(3) The parties shall have until July 1, 2020, to file other dispositive motions (summary judgment as to all or part of the case).

The final pretrial conference set for September 14, 2020, and the jury set for September 28, 2020, are cancelled. They shall be rescheduled at a later date and time.

**IT IS SO ORDERED.**

Dated this 20th day of February, 2020.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court