# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| James Buchl and Doren Chatinover, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Gascoyne Materials Handling & Recycling, L.L.C., | ) | Case No. 1:17-cv-00048 |
| | ) | |
| Defendant. | ) | |

The undersigned shall conduct a status/scheduling conference with the parties by telephone on November 12, 2020, at 10:00 AM CST. To participate in the conference call, counsel should dial (877) 411-9748 and enter access code 2456110.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2020.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court