## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| James Buchl and Doren Chatinover, ) | |
| ) | |
| Plaintiffs, ) | **ORDER SCHEDULING SETTLEMENT** |
| ) | **CONFERENCE BY TELEPHONE** |
| vs. ) | |
| ) | |
| Gascyone Materials & Handling ) | |
| Recycling, L.L.C., ) | Case No. 1:17-cv-048 |
| ) | |
| Defendants. ) | |

The undersigned held a status conference with the parties by telephone on March 23, 2021, to discuss the logistics of conducting the settlement conference ordered by Judge Hovland. Pursuant to its discussion with the parties, the undersigned **ORDERS**:

1. A settlement conference will be held before the undersigned on Thursday, April 1, 2021, by telephone. The undersigned shall speak with plaintiffs first and then follow up separately with defendants. Consequently, plaintiffs are to call the following telephone number and enter the following access code at 9:00 AM CDT on April 1:

    Tel. No.: (888) 808-6929

    Access Code: 5072548

2. In advance of the conference, each party shall provide the undersigned with an email address and telephone number of a designated representative that the undersigned can contact when the undersigned is ready to speak with a party. When the undersigned is ready to speak with a particular party, the undersigned shall so notify that party's designated representative, who will then instruct the party to call the telephone number and enter the access code listed above.

3. The persons participating in the settlement conference shall be vested with the necessary settlement authority. If the settlement decision will be made in whole or in part by an insurer, the insurer shall participate. Any relief from these requirements must be obtained in advance. Failure to participate in the conference as provided may result in an award of costs, fees, and/or other sanctions.

4. The parties may, but are not required, to submit concise confidential settlements statements in advance of the settlement conference. Any such statements should be emailed no later than 12:00 Noon CDT on Tuesday, March 30, 2021, to the undersigned at Charlie_Miller@ndd.uscourts.gov. These statements shall not become a part of the file of the case, but shall be for the exclusive use of the undersigned in preparing for and conducting the settlement conference.

**IT IS SO ORDERED.**

Dated this 23rd day of March, 2021.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court